# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **JAMES BROADHEAD,** | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION NO. 11-00456-CG-B |
| **L. BALLY,** | : |
| Defendant. | : |

## JUDGMENT

It is **ORDERED, ADJUDGED**, and **DECREED** that this action be and is hereby **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(g).

**DONE and ORDERED** this 13th day of December, 2011.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE